THOMAS PIETRONIS, Appellant, v. DOBLER BREWING COMPANY et al., Respondents.

*Pietronis* v. *Dobler Brewing Co.*, 168 App. Div. 923, affirmed.
(Argued April 27, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 11, 1914, affirming a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term in an action in equity to determine the rights of the parties thereto in and under a certain liquor tax certificate issued to the plaintiff for premises on East street and Champlain avenue, in the town of Stillwater, Saratoga county, N. Y., and to determine the rights of the plaintiff and the defendant Dobler Brewing Company under a certain assignment and power of attorney in and by which the plaintiff authorized and empowered the defendant company to act in his place and stead in all things relating to the surrender for rebate, the transfer of said certificate to any other person or to any other place, and for the purpose of the transfer from place to place to make, execute and file the notice of abandonment provided for in the Liquor Tax Law and all other papers necessary to be executed or filed in or about the transactions of surrendering or transferring said certificate, and constituting the defendant company his true and lawful attorney irrevocably, and also to determine the rights of the plaintiff and the defendant company under a certain contract known and designated in this case as a beer contract, in and by which the plaintiff agreed to sell no other lager beer upon his said premises or under said liquor tax certificate except the lager beer manufactured and sold to him by the defendant company.

*Borden H. Mills* for appellant.

*Edward J. Halter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, McLAUGH-LIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.